UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Theresa Small Smith
_____
Plaintiff

vs.

Civil Action No. 07-1090

Anne Smyth
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 23 day of July, 2007, that Plaintiff, Theresa Small Smith hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 18th day of June, 2007 in favor of Defendants against said

Plaintiff submitted a Motion for Reconsideration of an Order, and no answer/info has been filed — Request pardon as to delay in this matter,

_____
Theresa Small Smith
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

See 07-1090 file for listing of defendants

**RECEIVED**

JUL 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT